393 A.2d 435

**In re Charles E. STOCKMAN.**

**Appeal of Charles E. STOCKMAN.**

Supreme Court of Pennsylvania.

Argued Sept. 25, 1978.
Decided Oct. 16, 1978.

George C. Entenmann, Murray, O'Neill & Tumolo, Pittsburgh, for appellant.

Alexander J. Jaffurs, County Sol., James A. Esler, Charles T. Pankow, Asst. Sols., Cheryl Allen Craig, Pittsburgh, for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, POMEROY, NIX, MANDERINO, and LARSEN, JJ.

OPINION

PER CURIAM:

Decree affirmed. Each side to pay own costs.